1   STAN S. MALLISON (SBN 184191)
    HECTOR R. MARTINEZ (SBN 206336)
2   MARCO A. PALAU (SBN 242340)
    MALLISON & MARTINEZ, ATTORNEYS AT LAW
3   1939 Harrison Street, Suite 730
    Oakland, CA 94612
4   Telephone:    (510) 832-9999
    Facsimile:    (510) 832-1101
5   stanm@themmlawfirm.com
    hectorh@themmlawfirm.com
6   mpalau@themmlawfirm.com

7   Attorneys for Plaintiff LORI PERLMAN

8   CHARLES O. THOMPSON (SBN 139841)
    KYLE L. SCHRINER (SBN 215853)
9   LEWIS BRISBOIS BISGAARD & SMITH LLP
    One Sansome Street, Suite 1400
10  San Francisco, CA 94104
    Telephone:    (415) 362-2580
11  Facsimile:    (415) 434-0882
    thompsonc@lbbslaw.com
12  schriner@lbbslaw.com

13  Attorneys for Defendant ANKA BEHAVIORAL
    HEALTH, INCORPORATED
14

15                        UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17
                                        |   Case No. 4:09-cv-05195-SBA
18                                      |
                                        |   **JOINT STIPULATION AND**
19  LORI PERLMAN,                       |   **[proposed] ORDER re: CMC and ADR**
                                        |
20            Plaintiff,                |
                                        |   Date:        May 27
21       vs.                            |   Time:        2:30 p.m.
                                        |   Courtroom:   14th Floor
22                                      |
    ANKA BEHAVIORAL HEALTH INC.,        |
23                                      |
              Defendant.                |
24                                      |
                                        |
25                                      |
                                        |
26                                      |
                                        |
27                                      |

28

At the previous case management conference of March 4, 2010, at 2:45 p.m., the parties and the court discussed the desirability of mediation through the Court's ADR Program for resolving this case.  The parties believed that the court would issue an order which would order the case to mediation through the Court's ADR Program.  On February 23, 2010 the ADR clerk filed a notice of Phone Conference for March 1, 2010.  Both parties attended this conference and subsequently agreed upon mediators which they promptly forwarded to the Clerk.  The parties have been waiting for an appointment of a mediator. Defendant recently inquired with the ADR office as to the progress in appointing a mediator.  The ADR office has notified defendant that no progress had been made in appointing a mediator because the ADR office was awaiting a Court Order regarding the ADR assignment.

As such, the parties hereby request an order from this court ordering the case to mediation through the ADR process.

The next Case Management Conference in this case is currently scheduled for May 27, 2010 at 2:30.  It is the parties' understanding that the Court's ADR Program may not be able to schedule a mediation prior to May 27th.  As such, the parties request that the May 27, 2010 CMC be continued to July 22, 2010 in order to have adequate time to mediate.

DATED:  April 20, 2010                        LAW OFFICES OF MALLISON & MARTINEZ
                                              STAN S. MALLISON
                                              HECTOR R. MARTINEZ
                                              MARCO A. PALAU


                                                    /s/ STAN S MALLISON
                                              STAN S MALLISON

                                              1939 Harrison Street, Suite 730
                                              Oakland, CA 94612
                                              Telephone: (510) 832-9999

                                              Attorneys for Plaintiff


DATED:  April 20, 2010                        LEWIS BRISBOIS BISGAARD & SMITH LLP
                                              KYLE SCHRINER

C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc- 2 -

JOINT STIPULATION AND PROPOSED ORDER                          Case No. 4-09-cv-05195-SBA

1

2                                                  /s/ Kyle L. Schriner
                                                   KYLE L. SCHRINER
3
                              One Sansome St., Suite 1400
4                             San Francisco, CA 94104
                              Los Angeles, CA 90071
5                             Telephone: (415) 362-2580
                              Facsimile: (415) 434-0882
6
                              Attorneys for Defendant
7                             ANKA BEHAVIORAL HEALTH,
                              INCORPORATED
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v.
Anka Stipulation.doc- 3 -

JOINT STIPULATION AND PROPOSED ORDER                    Case No. 4-09-cv-05195-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

For good cause shown, this case is referred to the Court's ADR Program for assignment to a mediator.  Furthermore, the Case Management Conference is continued from May 27, 2010 to July 22, 2010.

IT IS SO ORDERED

Dated:_April __, 2010_____          _____

_____
Saundra Brown Armstrong
United States District Court Judge

C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc- 4 -

JOINT STIPULATION AND PROPOSED ORDER                    Case No. 4-09-cv-05195-SBA