UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**TIME IN HEARING: 2 MINUTES**                                                        Date:3/4/10

C-09-05195 SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

Title: PERLMAN vs. ANKA BEHAVIORAL HEALTH INC.

Atty.:   STANLEY MALLISON          KYLE SCHRINER


Deputy Clerk:  Lisa R. Clark            Court Reporter:      N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) Motion(s)    ( ) Granted      ( ) Denied       ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to 5/27/10     for a Telephone Case Management Conference at 2:30  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off_____Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Reply to motions in limine and/or responses to objections to evidence due _____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: CASE REFERRED TO COURT MEDIATION; PARTIES TO FILE JOINT CMC STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CASE MANAGEMENT CONFERENCE

_____ cc: