STAN S. MALLISON (SBN 184191)
HECTOR R. MARTINEZ (SBN 206336)
MARCO A. PALAU (SBN 242340)
MALLISON & MARTINEZ, ATTORNEYS AT LAW
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone:    (510) 832-9999
Facsimile:    (510) 832-1101
stanm@themmlawfirm.com
hectorh@themmlawfirm.com
mpalau@themmlawfirm.com

Attorneys for Plaintiff LORI PERLMAN

CHARLES O. THOMPSON (SBN 139841)
KYLE L. SCHRINER (SBN 215853)
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882
thompsonc@lbbslaw.com
schriner@lbbslaw.com

Attorneys for Defendant ANKA BEHAVIORAL HEALTH, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI PERLMAN,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANKA BEHAVIORAL HEALTH INC.,<br><br>         Defendant. | Case No. 4:09-cv-05195-SBA<br><br>**JOINT STIPULATION AND [proposed] ORDER re: CMC and ADR**<br><br>Date:       May 27<br>Time:       2:30 p.m.<br>Courtroom:  14th Floor |

C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc

JOINT STIPULATION AND PROPOSED ORDER                              Case No. 4-09-cv-05195-SBA

1    At the previous case management conference of March 4, 2010, at 2:45 p.m., the parties
2 and the court discussed the desirability of mediation through the Court's ADR Program for
3 resolving this case. The parties believed that the court would issue an order which would order the
4 case to mediation through the Court's ADR Program. On February 23, 2010 the ADR clerk filed a
5 notice of Phone Conference for March 1, 2010. Both parties attended this conference and
6 subsequently agreed upon mediators which they promptly forwarded to the Clerk. The parties
7 have been waiting for an appointment of a mediator. Defendant recently inquired with the ADR
8 office as to the progress in appointing a mediator. The ADR office has notified defendant that no
9 progress had been made in appointing a mediator because the ADR office was awaiting a Court
10 Order regarding the ADR assignment.

11   As such, the parties hereby request an order from this court ordering the case to mediation
12 through the ADR process.

13   The next Case Management Conference in this case is currently scheduled for May 27,
14 2010 at 2:30. It is the parties' understanding that the Court's ADR Program may not be able to
15 schedule a mediation prior to May 27th. As such, the parties request that the May 27, 2010 CMC
16 be continued to July 22, 2010 in order to have adequate time to mediate.

DATED:  April 20, 2010               LAW OFFICES OF MALLISON & MARTINEZ
                                     STAN S. MALLISON
                                     HECTOR R. MARTINEZ
                                     MARCO A. PALAU


                                           /s/ STAN S MALLISON
                                          STAN S MALLISON

                                     1939 Harrison Street, Suite 730
                                     Oakland, CA 94612
                                     Telephone: (510) 832-9999

                                     Attorneys for Plaintiff


DATED:  April 20, 2010               LEWIS BRISBOIS BISGAARD & SMITH LLP
                                     KYLE SCHRINER

C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc - 2 -

JOINT STIPULATION AND PROPOSED ORDER                    Case No. 4-09-cv-05195-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                          /s/ Kyle L. Schriner  
                                    KYLE L. SCHRINER

One Sansome St., Suite 1400  
San Francisco, CA 94104  
Los Angeles, CA 90071  
Telephone: (415) 362-2580  
Facsimile: (415) 434-0882

Attorneys for Defendant  
ANKA BEHAVIORAL HEALTH,  
INCORPORATED

C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc - 3 -  
JOINT STIPULATION AND PROPOSED ORDER                       Case No. 4-09-cv-05195-SBA

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

(1)     This case is referred to the Court's ADR Program for assignment to a mediator; and

(2)     The Case Management Conference currently scheduled for May 27, 2010 shall be CONTINUED to **July 22, 2010 at 2:30 p.m.**  The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED

Dated: April _26, 2010

_____
Saundra Brown Armstrong
United States District Court Judge

C:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc:\Documents and Settings\schriner\My Documents\Perlman v. Anka Stipulation.doc- 4 -

JOINT STIPULATION AND PROPOSED ORDER                          Case No. 4-09-cv-05195-SBA