# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Perlman,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>Anka Behavioral Health Inc.,<br><br>　　　　　　　Defendant(s). | 09-05195 SBA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael J. Loeb**
JAMS
2 Embarcadero Center, 15th Fl.
San Francisco, CA 94111
415-982-5267
mloeb@jamsadr.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
09-05195 SBA MED                              - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: May 5, 2010

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
09-05195 SBA MED                    - 2 -